MEMORANDUM OPINION



No. 04-09-00065-CV


 

TEXAS POLITICAL SUBDIVISIONS PROPERTY AND CASUALTY


JOINT SELF-INSURANCE FUND,

Appellant



v.



BEN BOLT-PALITO BLANCO CONSOLIDATED


INDEPENDENT SCHOOL DISTRICT,

Appellee



From the 79th Judicial District Court, Jim Wells County, Texas


Trial Court No. 01-12-40954


Honorable Richard C. Terrell, Judge Presiding



PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: April 8, 2009


VACATED and DISMISSED

 The parties have filed a joint motion stating they have reached an agreement to settle and
compromise their differences in this case. They request that this court render judgment effectuating
the parties' settlement agreement by vacating the trial court's judgment, and dismissing the case with
prejudice. See Tex. R. App. P. 42.1(a)(2)(A). The motion is granted. The trial court's judgment
signed on January 8, 2009 is vacated, and the case is dismissed with prejudice. See Tex. R. App. P.
42.1(a)(2)(A), 43.2(e). Costs of appeal are taxed against the parties who have incurred them.

 PER CURIAM